**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JOSE FREDY PALMA PORTILLO,
Petitioner,

v.

LUIS SOTO, in his official capacity as
Director/Warden of Delaney Hall Detention Facility;
ARTHUR J. WILSON JR., in his official capacity as
Acting Field Office Director, Newark Field Office,
Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement;
DAVID J. VENTURELLA, in his official capacity as
Senior Official Performing the Duties of the Director,
U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as
Secretary of the U.S. Department of Homeland
Security; and
TODD M. BLANCHE, in his official capacity as
Acting Attorney General of the United States,

Respondents.

Civil Action No. 2:26-cv-07898-BRM

Immigration No. A 087-533-081

**ORDER GRANTING PETITIONER LEAVE TO FILE A LIMITED**
**REPLY**

THIS MATTER having come before the Court upon Petitioner Jose Fredy Palma Portillo's

Request for Leave to File a Limited Reply to Respondents' opposition to the Motion for

Reconsideration, ECF No. 11; and

The Court having considered Petitioner's request and the proposed limited reply submitted with

it; and

For good cause shown;

IT IS on this ___11TH___ day of ___AUGUST___, 2026,

ORDERED that Petitioner's Request for Leave to File a Limited Reply is GRANTED; and it is

further

ORDERED that the Clerk shall docket the proposed limited reply enclosed with Petitioner's

request as "Petitioner's Limited Reply in Further Support of Motion for Reconsideration"; and it

is further

ORDERED that the Limited Reply shall be deemed filed as of the date of this Order, without

requiring Petitioner to submit a second copy; and it is further

ORDERED that no further briefing shall be filed unless directed by the Court.


**SO ORDERED.**
Dated: _____, 2026
Newark, New Jersey

_____
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE